**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
GARY KAUFMAN,

                      Plaintiff,

    -against-                                              24 **CIVIL** 2351 (JGK)

                                                                  **JUDGMENT**

THE LONG ISLAND RAILROAD COMPANY,

                      Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation of Discontinuance dated July 10, 2024, that the action be, and the same is hereby discontinued, with prejudice and without costs to either party as against the other. Accordingly, the case is closed.

**Dated:**  New York, New York

       July 10, 2024

                                                              **DANIEL ORTIZ**
                                                           **Acting Clerk of Court**

                                   **BY:** _____
                                                           **Deputy Clerk**